**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

RONALD ALLEN CARTER                                                    PLAINTIFF

v.                                    Case No. 5:15-cv-5013

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                         DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 14) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 29th  day of February, 2016.

/s/ P. K. Holmes, III
_____
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE